UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Mitchell McKenzie,

**CASE MANAGEMENT PLAN**

Docket Number: 19-cv-00995

Plaintiff,

-against-

City of New York et al.,

Defendant,
-------------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __5/14/19__.

2. No additional parties may be joined after __7/4/19__.

3. No amendment of the pleadings will be permitted after __9/4/19__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __7/24/19__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before __None anticipated__.
   (b) rebuttal expert witnesses on or before __None anticipated__.

6. All discovery, including depositions of experts, shall be completed on or before __4/9/2020__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

   ☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by

   ☐ Plaintiff  or  ☐ Defendant  (Check One).

   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on _____.
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial Conference will be held on _____.
    *(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

CONSENTED TO:

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Robert J. Marinelli, Esq.
NAME
Attorney for Plaintiff Mitchell McKenzie

ADDRESS 305 Broadway, Suite 1001, NY NY

E-mail: robmarinelli@gmail.com

Tel.:    212-822-1427

Fax:

Katherine J. Weall
NAME
Attorney for Defendant City and Munawar

ADDRESS 100 Church Street, NY NY

E-mail: kweall@law.nyc.gov

Tel.:    212-356-5055

Fax:    212-356-3509